IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUSTIN BASLER, et al.,

      Plaintiffs,             CIV-S-06-1813 LKK GGH

     vs.

CITY OF SUSANVILLE, et al.,

      Defendants.          <u>ORDER</u>

                              /

        Presently before the court is plaintiffs' ex parte motion for order shortening time to hear their motion for order allowing experts to render supplemental reports after further discovery has been completed. Plaintiffs represent that defendants do not oppose an order shortening time.

        Accordingly, IT IS ORDERED that:

        1. Plaintiffs' ex parte motion for order shortening time, filed September 19, 2007, is granted.

        2. The hearing on plaintiffs' motion for order allowing experts to render supplemental reports, is scheduled for September 27, 2007, at 10:00 a.m.

\\\\\

\\\\\

1

3. The parties shall file a joint statement pursuant to E. D. Local Rule 37-251 by Tuesday, September 25, 2007. Defendants shall cooperate in the preparing and filing of the joint statement.

DATED: 9/20/07                    /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076
Basler1813.251.wpd