IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA BASLER, et al.,

    Plaintiffs,                    No. CIV S-06-1813 LKK GGH

    vs.

CITY OF SUSANVILLE, et al.,       <u>SUMMARY ORDER</u>

    Defendants.

_____/

        Previously pending on this court's law and motion calendar for September 27, 2007, was plaintiffs' motion to for order allowing experts to render supplement report after certain discovery has been completed. Edward Nevin appeared for plaintiffs and Mark Jones appeared for defendants. Having reviewed the joint statement, filed September 25, 2007, and having heard oral argument, the court now issues the following summary order.

        IT IS ORDERED that:

        1. Plaintiffs' motion for order allowing experts to render supplement report after certain discovery has been completed, filed September 19, 2007, is granted in part.

        2. Defendants shall turn over the requested "in camera" documents, if necessary pursuant to a stipulated protective order, within ten calendar days of this order.

        3. Defendants shall make available the physical evidence in the possession of defendants Lassen County to plaintiffs' expert. Such inspection must take place, if at all, prior to

1

1  that expert's deposition.

2       4.  Pursuant to the September 28, 2007 statement by defendants, the depositions of
3  Kevin Jones, Dean Growden, Nathan Spaulding, and Nathan Mendes shall take place on October
4  10 and 11, 2007.  Nathan Mendes' deposition shall be conducted in Redding.  The remaining
5  depositions shall be conducted in Susanville.

6       5.  Defendants may take the deposition of plaintiffs' expert within five calendar
7  days after the depositions of Jones, Growden, Spaulding, and Mendes, but not later than ten days
8  after these four depositions have concluded.  After the tenth day has passed, plaintiffs may notice
9  the deposition of defendants' expert.

10      6.  The deposition of California Department of Justice criminalist Thomas
11 Vasquez will not be compelled.

12 DATED: 10/1/07

/s/ Gregory G. Hollows

13 
14 GGH:076 -Basler1813.exp.wpd

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE