UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RHONDA BASLER, et al.,

          NO. CIV. S-06-1813 LKK/GGH

    Plaintiffs,

  v.                    O R D E R

CITY OF SUSANVILLE, et al.,

    Defendants.

    The clerks' office is directed to enter judgment in favor of defendants against Rhonda Basler only.

    IT IS SO ORDERED.

    DATED: November 14, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1