UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RHONDA BASLER, et al.,

          NO. CIV. S-06-1813 LKK/GGH

    Plaintiffs,

  v.                        O R D E R

CITY OF SUSANVILLE, et al.,

    Defendants.
_____/

    The court has reviewed the submitted Order Approving Compromise of Minor's Claim issued by the Superior Court of California, City and County of San Francisco and now approves the settlement between the parties. Plaintiffs are hereby ordered to follow the Honorable Ollie Marie-Victoire's Order to place the minor's funds in a blocked account until she reaches the age of majority.

    The Clerk is directed to close the case.

    IT IS SO ORDERED.

    DATED: January 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT