1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lassen, Steven W. Warren,
                  individually and as Sheriff of Lassen County,
7                 Dean Growdon and Nathan Mendes

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 RHONDA BASLER, JAMES DUSTIN BASLER,    ) NO. 2:06 CV-01813 LKK-GGH
   by and through his guardian ad litem, SANDRA L. )
12 OCHOTORENA, and JYSSICA ANN BASLER,    ) **STIPULATION AND ORDER FOR**
   by and through her guardian ad litem, SANDRA L. ) **DISMISSAL WITH PREJUDICE**
13 OCHOTORENA,                            )
                           Plaintiffs,    )
14                                        )
   vs.                                    )
15                                        )
   CITY OF SUSANVILLE, COUNTY OF LASSEN,  )
16 STEVEN W. WARREN, individually and as  )
   Sheriff of Lassen County, DEAN GROWDON,)
17 NATHAN MENDES, and DOES 1-50, inclusive,)
                           Defendants.    )
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs RHONDA

21 BASLER, JAMES DUSTIN BASLER, by and through his guardian ad litem, SANDRA L.

22 OCHOTORENA, and JYSSICA ANN BASLER, by and through her guardian ad litem, SANDRA

23 L. OCHOTORENA, and defendants COUNTY OF LASSEN, STEVEN W. WARREN, individually

24 and as Sheriff of Lassen County, DEAN GROWDON and NATHAN MENDES, by and through

25 their undersigned counsel, that the complaint filed herein be dismissed with prejudice as to all

26 defendants pursuant to Federal Rules, Rule 41(a)(2), each party to bear their own attorneys fees and

27 costs.

28 ///

DATED:   3/3/08                    LAW OFFICES OF NEVIN & ABSALOM

                                   By:   /s/ Edward J. Nevin
                                         EDWARD J. NEVIN
                                         Attorneys for Plaintiff

DATED:   2/28/08                    /s/ T. James Fisher
                                         T. JAMES FISHER
                                         Attorney for Plaintiff

DATED:   3/5/08                     JONES & DYER

                                    By   /s/ Mark A. Jones
                                         MARK A. JONES, Attorneys for
                                         Defendants County of Lassen, Steven
                                         W. Warren, individually and as Sheriff
                                         of Lassen County, Dean Growden and
                                         Nathan Mendes

DATED:   2/26/08                    /s/ James A. Wyatt
                                         JAMES A. WYATT
                                         Attorney for Defendant City of
                                         Susanville

**O R D E R**

IT IS SO ORDERED.

DATED: March 6, 2008.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT